IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---------------------------------------------------------- :
RHOLANDA RANCE,                              : CASE NO. 1:06 CV 2335
                                             :
                        Plaintiff,           :
                                             :
        -vs-                                 : <u>JUDGMENT ENTRY</u>
                                             :
                                             :
DATAVANTAGE, CORP.,                          :
                        Defendant.           :
---------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This Court, having contemporaneously entered its Memorandum and Order granting defendant Datavantage Corporation's unopposed motion for summary judgment, hereby dismisses plaintiff Rholanda Rance's complaint.

    IT IS SO ORDERED.

                                                    /s/ Lesley Wells
                                        UNITED STATES DISTRICT JUDGE